FILED
May 4, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. MAG 06-0119 DAD
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
NAZARIO CHAVEZ, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  NAZARIO CHAVEZ , Case No.  MAG 06-0119 DAD , Charge  Title 21 USC § 841 (a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ 200,000.00 secured by real property

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)  with conditions and pretrial supervision

Issued at  Sacramento, CA  on  May 4, 2006  at _____.

By  GREGORY G. HOLLOWS
Gregory G. Hollows
United States Magistrate Judge

Original - U.S. Marshal